UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
DONNA LEMMO and OLIVIA ANCRUEM,  :
               Plaintiffs,  :
                                         :  **ORDER**
v.  :
                                         :  16 CV 3586 (VB)
MEDI-COURIER N.Y., INC, RAHLYN JACK,  :
LOUIS PANNONE, GREGORY PANNONE,  :
and C.E.O. COURIER SERVICES INC.,  :
               Defendants.  :
--------------------------------------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-7-18

     On May 4, 2018, the parties in this Fair Labor Standards Act case filed a joint application for approval of their settlement agreement, consisting of a detailed letter explaining the agreement, and attaching the proposed settlement agreement itself, for approval by the Court, as required by Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015). (Doc. #52).

     The Court has considered the following factors: (i) the parties' position as to the proper valuation of plaintiffs' claims; (ii) the settlement was reached as a result of a Court-appointed mediator; (iii) plaintiffs are represented by counsel; and (iv) the non-disparagement and confidentiality provisions are mutual.

     The Court finds that the settlement is fair and reasonable, and the product of arm's-length negotiation, not fraud or collusion. Moreover, the Court finds the attorney's fees to be fair and reasonable under the circumstances, as the fees requested are one-third of the settlement amount and plaintiffs' counsel has expended significant time to this matter over the past three years.

     Accordingly, the parties' settlement agreement (Doc. #52-1) is hereby APPROVED.

     It is hereby ORDERED that this action is dismissed.

     The Clerk is instructed to close this case.

Dated: May 7, 2018
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge